CLOSED,RWB,Transferred_Out_District

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:25−cv−01871

Allianz Underwriters Insurance Company v. Southwest Water Company et al
Assigned to: Judge Keith P Ellison
Cause: 28:2201 Declaratory Judgment (Insurance)

Date Filed: 04/24/2025
Date Terminated: 08/05/2025
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Allianz Underwriters Insurance Company** represented by

**Christopher H Avery**
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis Street
Suite 1100
Houston, TX 77002
713−632−1700
Fax: 713−222−0101
Email: avery@mdjwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher W Martin**
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis Street
Suite 1100
Houston, TX 77002
713−632−1700
Fax: 713−222−0101
Email: martin@mdjwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Southwest Water Company** represented by

**Raymond Hans Sheen**
Farella Braun & Martel LLP
One Bush St.
Suite 900
San Francisco, CA 94104
415−954−4972
Email: rsheen@fbm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Conway Shelby**
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street
Suite 2500
Houston, TX 77010

713−655−1101
Email: tshelby@azalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Suburban Water Systems** represented by **Raymond Hans Sheen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Conway Shelby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2025 | Ï 1 | COMPLAINT against Southwest Water Company, Suburban Water Systems (Filing fee $ 405 receipt number ATXSDC−33304950) filed by Allianz Underwriters Insurance Company. (Attachments: # 1 Civil Cover Sheet civil cover sheet) (Avery, Christopher) (Entered: 04/24/2025) |
| 04/25/2025 | Ï | Referral Judge Selected: Magistrate Judge Richard W. Bennett randomly selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District Judge refers the case or a motion or the parties consent to jurisdiction of the Magistrate Judge. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet. (amp4) (Entered: 04/25/2025) |
| 04/25/2025 | Ï 2 | CLERKS NOTICE Regarding Consent to Jurisdiction of Magistrate Judge. Parties notified, filed. (amp4) (Entered: 04/25/2025) |
| 04/25/2025 | Ï 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 8/22/2025 at 02:00 PM in Courtroom 3A Houston before Judge Keith P Ellison. (Signed by Judge Keith P Ellison) Parties notified. (amp4) (Entered: 04/25/2025) |
| 05/05/2025 | Ï 4 | WAIVER OF SERVICE Returned Executed as to Southwest Water Company served on 4/28/2025, answer due 6/27/2025; Suburban Water Systems served on 4/28/2025, answer due 6/27/2025, filed. (Avery, Christopher) (Entered: 05/05/2025) |
| 06/27/2025 | Ï 5 | MOTION to Dismiss 1 Complaint by Southwest Water Company, Suburban Water Systems, filed. Motion Docket Date 7/18/2025. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Proposed Order) (Shelby, Timothy) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 6 | CERTIFICATE OF INTERESTED PARTIES by Southwest Water Company, Suburban Water Systems, filed. (Shelby, Timothy) (Entered: 06/27/2025) |
| 07/18/2025 | Ï 7 | NOTICE of Setting as to 5 MOTION to Dismiss 1 Complaint . Parties notified. Motion Hearing set for 7/29/2025 at 02:00 PM in by telephone before Judge Keith P Ellison, filed. (aar4) (Entered: 07/18/2025) |
| 07/21/2025 | Ï 8 | MOTION for Extension of Time Submission and Oral Argument Date by Allianz Underwriters Insurance Company, filed. Motion Docket Date 8/11/2025. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order order) (Avery, Christopher) (Entered: 07/21/2025) |

| | | |
|---|---|---|
| 07/21/2025 | Ï 9 | MOTION to Appear Pro Hac Vice for Raymond H. Sheen (Fee Paid: $100, receipt number BTXSDC−33793446) by Southwest Water Company, Suburban Water Systems, filed. Motion Docket Date 8/11/2025. (Attachments: # 1 California Good Standing) (Shelby, Timothy) (Entered: 07/21/2025) |
| 07/24/2025 | Ï 10 | ORDER granting in part and denying in part 8 Motion for Extension of Time; Motion−related deadline set re: 5 MOTION to Dismiss 1 Complaint . Motion Hearing set for 8/5/2025 at 03:00 PM in by telephone before Judge Keith P Ellison Responses due by 7/25/2025. Replies due by 8/1/2025.(Signed by Judge Keith P Ellison) Parties notified. (aar4) (Entered: 07/24/2025) |
| 07/24/2025 | Ï 11 | ORDER granting 9 Motion for Raymond H. Sheen to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Keith P Ellison) Parties notified. (mmm4) (Entered: 07/25/2025) |
| 07/25/2025 | Ï 12 | RESPONSE to 5 MOTION to Dismiss 1 Complaint filed by Allianz Underwriters Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Avery, Christopher) (Entered: 07/25/2025) |
| 07/29/2025 | Ï | motion hearing scheduled for 7/29 is canceled. (aar4) (Entered: 07/29/2025) |
| 08/01/2025 | Ï 13 | REPLY in Support of 5 MOTION to Dismiss 1 Complaint , filed by Southwest Water Company, Suburban Water Systems. (Sheen, Raymond) (Entered: 08/01/2025) |
| 08/05/2025 | Ï | Minute Entry for proceedings held before Judge Keith P Ellison. MOTION HEARING held on 8/5/2025 on Defendants Motion to Dismiss (ECF 5) held on 8/5/2025. The Court GRANTED the Motion IN PART and TRANSFERED the case to the Central District of California. The Court will defer judgment on the 12(b)(6) Motion to Dismiss to allow the transferee court to decide the substantive issues in the case. Appearances: Christopher Avery, Raymond Sheen (Court Reporter: Prather)(Law clerk: T. Djukanovic)., filed. (aar4) (Entered: 08/06/2025) |
| 08/05/2025 | Ï 14 | ORDER TO TRANSFER CASE to the United States District Court for the Central District of California (Signed by Judge Keith P Ellison) Parties notified. (jm4) (Entered: 08/08/2025) |
| 08/05/2025 | Ï | Interdistrict transfer to United States District Court for the Central District of California. Case transferred electronically. Case terminated on August 5, 2025., filed. (jm4) (Entered: 08/08/2025) |