Ekwan E. Rhow - State Bar No. 174604
erhow@birdmarella.com
Abigail M Smith - State Bar No. 356756
asmith@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Raymond H. Sheen - State Bar No.194598
rsheen@fbm.com
Patrick S. Loi - State Bar No. 320602
ploi@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant and
Counterclaimant Suburban Water Systems

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALLIANZ UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SUBURBAN WATER SYSTEMS,<br><br>Defendant. | CASE NO. 2:25-CV-07847-DMG-BFM<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Assigned to Hon. Dolly M. Gee |
| SUBUBAN WATER SYSTEMS,<br><br>Cross-Complainant,<br><br>vs.<br><br>ALLIANZ UNDERWRITERS INSURANCE COMPANY,<br><br>Cross-Defendant. | |

**Please take notice that**, Plaintiff and Cross-Defendant Allianz Underwriters Insurance Company ("Allianz") and Defendant and Cross-Complainant Suburban Water Systems ("Suburban") (collectively the "Parties"), have reached a settlement of all claims in the above-captioned action. The Parties are currently in the process of finalizing a written settlement agreement. Allianz will file a notice of dismissal of the entire action shortly after the written agreement is executed and settlement terms are fulfilled. The parties anticipate that the dismissal will be filed within approximately 75 days (approximately October 28, 2026).

The Parties respectfully stipulate and jointly request that the Court continue the stay of the case until Allianz files a notice of dismissal of the entire action.

DATED: August 14, 2026

Ekwan E. Rhow
Abigail M. Smith
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: */s/ Ekwan E. Rhow*
Ekwan E. Rhow
Attorneys for Defendant and Cross-Complainant Suburban Water Systems

DATED: August 14, 2026

Sheila Z. Chen
Steven D. Allison
Brooke Lindsey
Troutman Pepper Locke

By: */s/ via email authorization*
Sheila Z. Chen
Attorneys for Plaintiff and Cross-Defendant Allianz Underwriters Insurance Company

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.

By: *_/s/ Ekwan E. Rhow_*
Ekwan E. Rhow